Ray L. Wong, Esq. (SBN 84193)
Joseph P. Audal, Esq. (SBN 283010)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
E-mail: rlwong@duanemorris.com
jpaudal@duanemorris.com

Attorneys for Defendants
WENDY'S INTERNATIONAL, INC., dba WENDY'S;
ANTHONY GEORGE POLIGONO, TRUSTEE of the
POLIGONO FAMILY TRUST DATED MAY 3, 1990;
YASUKO POLIGONO, TRUSTEE of the POLIGONO
FAMILY TRUST DATED MAY 3, 1990; and LINDA
WEBSTER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WENDY'S INTERNATIONAL, INC., dba WENDY'S; ANTHONY GEORGE POLIGONO, TRUSTEE of the POLIGONO FAMILY TRUST DATED MAY 3, 1990; YASUKO POLIGONO, TRUSTEE of the POLIGONO FAMILY TRUST DATED MAY 3, 1990; LINDA WEBSTER,<br><br>　　　　　Defendants. | Case No.: 2:13-CV-00389-MCE-DAD<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: February 27, 2013<br><br>**COMPLAINT SERVED:**<br>April 25, 2013<br><br>**CURRENT RESPONSE DATE:**<br>May 16, 2013<br><br>**NEW RESPONSE DATE:**<br>May 30, 2013 |

Upon consideration of the Joint Stipulation submitted by Defendants WENDY'S INTERNATIONAL, INC., dba WENDY'S, ANTHONY GEORGE POLIGONO, TRUSTEE of the POLIGONO FAMILY TRUST DATED MAY 3, 1990, YASUKO POLIGONO, TRUSTEE of the POLIGONO FAMILY TRUST DATED MAY 3, 1990, and LINDA WEBSTER (collectively, "Defendants") and Plaintiff ROBERT DODSON ("Plaintiff") to extend the time for Defendants to respond to the Complaint,

IT IS HEREBY ORDERED that Defendants shall have until May 30, 2013 to respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED: May 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT