LYNN HUBBARD III, SBN 69773
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorney for Plaintiff

RAY L. WONG, SBN 84193
JOSEPH P. AUDAL, SBN 283010
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: rlwong@duanemorris.com

Attorneys for Defendants

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>    Plaintiff,<br><br>vs.<br><br>WENDY'S INTERNATIONAL, INC. dba WENDY'S; ANTHONY GEORGE POLIGONO, TRUSTEE of the POLIGONO FAMILY TRUST DATED MAY 3, 1990; YASUKO POLIGONO, TRUSTEE of the POLIGONO FAMILY TRUST DATED MAY 3, 1990; LINDA WEBSTER,<br><br>    Defendants.<br>_____/ | Case No. 2:13-cv-00389-MCE-DAD<br><br>**JOINT STIPULATION FOR DISMISSAL OF DEFENDANT ANTHONY GEORGE POLIGONO, TRUSTEE of the POLIGONO FAMILY TRUST DATED MAY 3, 1990** |

Joint Stipulation for Dismissal of Defendant                           *Dodson v. Wendy's International, Inc., et al.*
Anthony George Poligono, Trustee                                      Case No. 2:13-cv-00389-MCE-DAD

Page 1

TO THE COURT AND TO ALL PARTIES:

Plaintiff, ROBERT DODSON, and defendant, ANTHONY GEORGE POLIGONO, TRUSTEE of the POLIGONO FAMILY TRUST DATED MAY 3, 1990, stipulate to and jointly request that this Court enter a dismissal without prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to ANTHONY GEORGE POLIGONO, TRUSTEE of the POLIGONO FAMILY TRUST DATED MAY 3, 1990** *only.*

Nothing in this Joint Stipulation shall be construed to affect plaintiff's complaint and claims against defendants other than **ANTHONY GEORGE POLIGONO, TRUSTEE of the POLIGONO FAMILY TRUST DATED MAY 3, 1990**.

Dated:  July 8, 2013        LAW OFFICES OF LYNN HUBBARD

　　　　　　　　　　　　　　 /s/  Lynn Hubbard     /
　　　　　　　　　　　　　　LYNN HUBBARD III
　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:  July 8, 2013        DUANE MORRIS LLP

　　　　　　　　　　　　　　 /s/  Ray L. Wong     /
　　　　　　　　　　　　　　RAY L. WONG
　　　　　　　　　　　　　　Attorney for Defendants

# ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the complaint of Plaintiff, Case No. 2:13-cv-00389-MCE-DAD, is dismissed without prejudice as to defendant Anthony George Poligano, Trustee of the Poligono Family Trust Dated May 3, 1990.

Dated: July 18, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT