LYNN HUBBARD III, SBN 69773
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email:  USDCEast@HubsLaw.com

Attorney for Plaintiff

RAY L. WONG, SBN 84193
JOSEPH P. AUDAL, SBN 283010
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone:  (415) 957-3000
Facsimile:  (415) 957-3001
Email:  rlwong@duanemorris.com

Attorneys for Defendants

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,

    Plaintiff,

    vs.

WENDY'S INTERNATIONAL, INC.
dba WENDY'S; ANTHONY
GEORGE POLIGONO, TRUSTEE of
the POLIGONO FAMILY TRUST
DATED MAY 3, 1990; YASUKO
POLIGONO, TRUSTEE of the
POLIGONO FAMILY TRUST
DATED MAY 3, 1990; LINDA
WEBSTER,

    Defendants.
_____/

Case No.  2:13-cv-00389-MCE-DAD

**JOINT STIPULATION FOR
DISMISSAL OF DEFENDANT
ANTHONY GEORGE POLIGONO,
TRUSTEE of the POLIGONO FAMILY
TRUST DATED MAY 3, 1990**

1   TO THE COURT AND TO ALL PARTIES:

2   Plaintiff, ROBERT DODSON, and defendant, ANTHONY GEORGE
3   POLIGONO, TRUSTEE of the POLIGONO FAMILY TRUST DATED MAY 3,
4   1990, stipulate to and jointly request that this Court enter a dismissal without
5   prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ.
6   P. 41(a)(2) **as to ANTHONY GEORGE POLIGONO, TRUSTEE of the**
7   **POLIGONO FAMILY TRUST DATED MAY 3, 1990** *only.*

8   Nothing in this Joint Stipulation shall be construed to affect plaintiff's
9   complaint and claims against defendants other than **ANTHONY GEORGE**
10  **POLIGONO, TRUSTEE of the POLIGONO FAMILY TRUST DATED MAY 3,**
11  **1990**.

12  Dated:  July 8, 2013                    LAW OFFICES OF LYNN HUBBARD
13
14                                            */s/  Lynn Hubbard        /*
15                                          LYNN HUBBARD III
                                            Attorney for Plaintiff
16  Dated:  July 8, 2013                    DUANE MORRIS LLP
17
18                                            */s/  Ray L. Wong        /*
19                                          RAY L. WONG
                                            Attorney for Defendants
20
21
22
23
24
25
26
27
28

# ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the complaint of Plaintiff, Case No. 2:13-cv-00389-MCE-DAD, is dismissed without prejudice as to defendant Anthony George Poligano, Trustee of the Poligono Family Trust Dated May 3, 1990.

Dated:  July 18, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT