LYNN HUBBARD III, SBN 69773
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorney for Plaintiff

RAY L. WONG, SBN 84193
JASON M. HORST, SBN 245370
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: jmhorst@duanemorris.com

Attorneys for Defendants

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Dodson, | Case No. 2:13-cv-00389-MCE-DAD |
| Plaintiff, | |
| v. | **Joint Stipulation for Dismissal and Order Thereon** |
| Wendy's International, Inc. dba Wendy's, et al., | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES:

    Plaintiff, Robert Dodson, and defendant Wendy's International, Inc., by and through the undersigned attorneys, stipulate to and jointly request that this Court enter a dismissal with prejudice in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2), with all parties to bear their own respective attorneys' fees, expert fees and costs.

Dated: January 21, 2014      **LAW OFFICES OF LYNN HUBBARD**

By:    */s/ Lynn Hubbard /*
Lynn Hubbard
Attorney for Plaintiff Robert Dodson

Dated: January 21, 2014      **DUANE MORRIS LLP**

By:    */s/ Ray L. Wong /*
Ray L. Wong
Jason M. Horst
Attorneys for Defendant Wendy's International, Inc.

### **ORDER**

Pursuant to the foregoing stipulation, this case is DISMISSED WITH PREJUDICE in its entirety.

    IT IS SO ORDERED.

Dated: January 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT